

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1668-10

### ALBERTO GARCIA, Appellant

### v.

### THE STATE OF TEXAS

## ON REHEARING OF APPELLANT'S
## PETITION FOR DISCRETIONARY REVIEW
## FROM THE THIRD COURT OF APPEALS
## TRAVIS COUNTY

*Per curiam.*

## O P I N I O N

Appellant was convicted of capital murder and was sentenced to confinement for life. The Court of Appeals affirmed the conviction. *Garcia v. State*, No. 03-08-00586-CR (Tex. App. — Austin, delivered October 12, 2010). Appellant's petition for discretionary review was dismissed as untimely filed on March 16, 2011. Appellant has filed a motion for rehearing requesting reinstatement of his petition so that it will be considered by this Court. Appellant's motion for rehearing is granted. His petition filed on March 11, 2011,

is reinstated as of April 13, 2011, and will be considered in accord with Tex.R.App.P. 68.


Delivered April 13, 2011
Do not publish